**People of the State of Illinois, Plaintiff-Appellee, v. George Forrest, Defendant-Appellant.**

**Gen. No. 51,803. (Abstract of Decision.)**

First District, Third Division.

September 12, 1968.

Opinion by JUSTICE SULLIVAN. Not to be published in full.